UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAURICE MAYO,<br><br>                               Petitioner,<br><br>-against-<br><br>S. WALKER, Warden at R.N.D.C. C-74,<br><br>                              Respondent. | 1:22-CV-5810 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the September 28, 2022, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 28, 2022
            New York, New York

                                                           /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                         Chief United States District Judge